

The relief described hereinbelow is SO ORDERED.

Signed May 16, 2013.

                                                          _____
                                                          Ronald B. King
                                                          United States Chief Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Western District of Texas
### Waco Division

IN RE: **Edwin Stanislaus Petru**, Debtor(s)                    Case No.: 07−60149−cag

## ORDER DENYING PAYMENT
## OF A DIVIDEND UNCLAIMED FUNDS

On this date came on for consideration the Application for Payment Of A Dividend From Unclaimed Funds by:

    NAME:         Accounts Portfolio Management
    ADDRESS:   35308 SE Center St
                        Snoqualmie, WA 98065

Claimant, for payment of a dividend from unclaimed funds in the amount of $1869.85.

The court orders the application be DENIED for the following reason(s):

☐ 1. There are no monies being held for this Claimant.

☐ 2. Monies have already been disbursed.
        Date funds were paid:
        Per court order signed:
        Schedule Number:
        Paid to:

☐ 3. Money amount being claimed for distribution is different than the financial records reflect.

☒ 4. Other: Insufficient proof of ownership of funds, no proof that Mr Hecker currently
represents Accounts Portfolio Management. W9 & AO213 are in the name of
attorney Hecker, must be in the name of the creditor, Accounts Portfolio Mgmt.

###