The relief described hereinbelow is SO ORDERED.

Signed April 24, 2014.



Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDWIN STANISLAUS PETRU, | § | CASE NO. 07-60149-RBK |
| | § | |
| DEBTOR | § | CHAPTER 13 |

ORDER DENYING APPLICATION FOR
RECONSIDERATION OF APPLICATION FOR
PAYMENT OF DIVIDEND FROM UNCLAIMED FUDNS

On this day came on to be considered the "Application for Reconsideration of Application for Payment of Dividend from Unclaimed Funds" in the amount of $1,869.85 filed by Claimant, *Accounts Portfolio Management*, 35308 SE Center Street, Snoqualmie, Washington 98065 (Court document #65), and the Court is of the opinion that the Application should be denied because Claimant must authorize Dilks & Knopik to act as funds collector. Only Laurence A. Hecker, individually, has authorized Dilks & Knopik to act.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Application for Reconsideration of Application* is hereby **DENIED**.

# # #